UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN MARC VAN DEN HUEVEL, | No. 2:22-cv-1269-KJM-CKD PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA STATE LICENSE BOARD, ET AL., | |
| Defendants. | |

On December 13, 2022, the magistrate judge filed findings and recommendations (ECF No. 3), which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days. On December 27, 2022, and on January 13, 2023, plaintiff filed responses to the findings and recommendations (ECF Nos. 4, 5), which the court construes as requests to extend the time to file an objection. Good cause appearing, the court **grants** the requests. Accordingly, any objections to the findings and recommendations shall be filed by February 24, 2023.

IT IS SO ORDERED.

DATED: January 23, 2023

CHIEF UNITED STATES DISTRICT JUDGE