1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      JEAN MARC VAN DEN HUEVEL,                     No.  2:22-cv-1269-KJM-CKD PS

12                    Plaintiff,

13             v.                                     ORDER

14      CALIFORNIA STATE LICENSE
        BOARD, et al.,
15
                      Defendants.
16

17             On December 13, 2022, the magistrate judge filed findings and recommendations (ECF

18      No. 3), which were served on plaintiff and which contained notice that any objections to the

19      findings and recommendations were to be filed within fourteen days.  On December 27, 2022 and

20      on January 13, 2023, plaintiff filed responses to the findings and recommendations (ECF Nos. 4,

21      5), which the court construed as requests to extend the time to file an objection.  *See* Prior Order,

22      ECF No. 6.  The court granted the requests and directed plaintiff to file any objections to the

23      findings and recommendations by February 24, 2023.  *Id.*  The court has not received plaintiff's

24      objections.

25             In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26      court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the

27      findings and recommendations to be supported by the record and by the proper analysis.

28      /////

                                                      1

1    Accordingly, IT IS ORDERED:

2    1.  The Findings and Recommendations filed December 13, 2022 (ECF No. 3) are

3        ADOPTED;

4    2.  The action is be DISMISSED WITH PREJUDICE; and

5    3.  The Clerk of Court is directed to CLOSE this case.

6  DATED:  March 6, 2023.

7

8  _____

9                    CHIEF UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28